AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

JORDAN SHULMAN

*Plaintiff(s)*

v.

Civil Action No. 1:19-cv-00567 -WYD

CORNERSTONE LAW FIRM

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cornerstone Law Firm
9350 Wilshire Blvd Ste 203
Beverly Hills, CA 90212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/26/2019



s/ R. Rogers
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00567

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CORNERSTONE LAW FIRM
was received by me on *(date)* MARCH 6TH, 2019.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the ~~individual's residence or~~ DEFENDANTS usual place of ~~abode~~ BUSINESS with *(name)* KATHY "DOE", PERSON IN CHARGE AT 9350 WILSHIRE BLVD #203 BEVERLY HILLS, CA 90212, a person of suitable age and discretion who ~~resides~~ WORKS there,
on *(date)* 03/19/2019 AT 2:35 PM, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: ON MARCH 19TH, 2019 I MAILED A COPY OF THE SERVICE DOCUMENTS TO THE SERVICE ADDRESS, ADDRESSED TO THE DEFENDANT, VIA USPS POSTAGE PRE-PAID MAIL AND MAILED THEM FROM LOS ANGELES, CA.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/22/2019

*Server's signature*

JUDITH SMITH - LA COUNTY REG# 2013100780

*Printed name and title*

1439 N.HIGHLAND AVENUE
LOS ANGELES, CA 90028
323-508-1711

*Server's address*

Additional information regarding attempted service, etc:

LIST OF DOCUMENTS SERVED: SUMMONS; COMPLAINT; ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE AND RULE 26(f) PLANNING MEETING.

KATHY "DOE" IS DESCRIBED AS A WHITE FEMALE, MID 30'S, 125 LBS, BROWN HAIR AND BROWN EYES.